UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HERBERT A. PIERRE, JR.                           CIVIL ACTION

VERSUS                                           NO. 11-2151

N. BURL CAIN, WARDEN                             SECTION "F"(4)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Herbert A. Pierre, Jr.'s petition for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this ___16th___ day of ___MARCH_____, 2012.

_____
UNITED STATES DISTRICT JUDGE