UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**HERBERT A. PIERRE, JR.**      **CIVIL ACTION**

**VERSUS**      **NO. 11-2151**

**N. BURL CAIN, WARDEN**      **SECTION "F"(4)**

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____      a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____

\_\_X\_\_      a certificate of appealability shall not be issued for the following reason(s):

The petitioner has failed to make a substantial showing of the denial of a constitutional right. The petitioner has failed to show that reasonable jurists could debate whether the motion should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. See Order Adopting Report and Recommendations dated March 16, 2012.

New Orleans, Louisiana, this  19th  day of _____March_____, 2012.

_____
**UNITED STATES DISTRICT JUDGE**